IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN WAYNE BLACKHAWK,<br><br>　　　　　　　Defendants. | 8:23-CR-52<br><br>ORDER ON DEFENDANT'S MOTION<br>TO CONTINUE TRIAL |

　　　　This matter is before the Court on the Defendant's Motion to Continue Trial. Filing 57. The Court held a telephonic scheduling hearing with the parties on November 27, 2023, to discuss this Motion. After hearing from counsel for the Government and counsel for the Defendant at the hearing, the Court concluded that the Defendant's Motion should be granted. At the hearing, Defendant's counsel also agreed to waive his speedy trial right for a period of up to 120 days consistent with his request for a continuance. Accordingly,

　　　　IT IS ORDERED:

1. The Defendant's Motion to Continue Trial, Filing 57, is granted;

2. The time between November 27, 2023, and March 26, 2024, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act; and

3. A new trial date shall be set by further Order of the Court.

　　　　Dated this 28th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　United States District Judge