IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:23CR52 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN WAYNE BLACKHAWK, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant notified the court on February 13, 2024, that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibit Nos. 1- 4 from Jury Trial held 2/6 – 2/9/24

Defendant's Exhibit No. 102 from Jury Trial held 2/6 – 2/9/24

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: February 13, 2024

BY THE COURT

Brian C. Buescher
United States District Judge